May Term,
1855.

ADDLEMAN
v.
ERWIN.

Monday,
June 18.

———————— • —◦— • ————————

ADDLEMAN v. ERWIN and Another, Administrators.

In a cause tried since the R. S. 1852 took effect, a motion for a new trial, which is not in writing, can not be noticed.

Where the issues of fact in a cause are submitted to the Court for trial, either party may require the Court to make a special statement of the facts and the questions of law decided thereon; and by then excepting to the decision, such party may properly prepare the case for review in the Supreme Court.

APPEAL from the *Wayne* Court of Common Pleas.

*Per Curiam.*—Assumpsit by *Addleman* against *Erwin* and others, for money paid, &c. Demand denied. Trial by the Court and judgment for the defendants. The trial was in 1854, under the new practice. No evidence offered was rejected, and none given was excepted to.

A motion for a new trial was made, but not being in writing, it could not be noticed. *McKinney* v. *Springer*, *ante*, p. 453. Another course might have been pursued to get the questions made below before this Court. The party might have required the Court to make a special statement of the facts and the questions of law decided thereon, and then excepted to the decision, and thus prepared the case for this Court. 2 R. S., 115, s. 341. This was not done, and the record presents no question for our consideration.

The judgment is affirmed with costs.

*J. Perry*, for the appellant.

*W. A. Bickle*, for the appellees.